IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-001101-ZLW-CBS

NANCY M. KELLEY,

    Plaintiff,

v.

SPECTRALINK CORPORATION,

    Defendant.

---

## ORDER

---

In consideration of Magistrate Judge Craig B. Shaffer's Courtroom Minutes/Minute Order entered on July 30, 2007, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before August 10, 2007.  If by that date settlement papers have not been received by the Court, on August 17, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  __31__  day of July, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court