IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-001101-ZLW-CBS

NANCY M. KELLEY,

      Plaintiff,

v.

SPECTRALINK CORPORATION,

      Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to and in accordance with this Court's Orders signed July 31 (Doc. 9) and August 13 (Doc. 12), 2007, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice.

DATED at Denver, Colorado, this ___11___ day of September, 2007.

BY THE COURT:

_Zita L. Weinshienk_
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court